**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 18, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-16-00901-CV

---

## TEACHER RETIREMENT SYSTEM OF TEXAS, Appellant

## V.

## MARGUERITE TAMASY, Appellee

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2015-71050**

---

### M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed October 18, 2016. On October 8, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Wise.